# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>　　　　v.<br><br>CHRISTOPHER EARL PATTERSON,<br>　　Defendant. | No. CR 11-430 DSF<br><br>ORDER RE BRIEFING ON MOTION FOR REDUCTION OF SENTENCE |

　　The government is ordered to file an opposition to Defendant's motion no later than February 10, 2021.  Defendant may file a reply no later than March 15, 2021.

　　IT IS SO ORDERED.

Date: January 13, 2021

　　　　　　　　　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge